# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2476
_____

Cloyce Peters,      *

      *

     Appellant,     *

      *    Appeal from the United States

    v.     *    District Court for the

      *    Eastern District of Arkansas.

Larry Norris, Director, Arkansas     *

Department of Correction,     *      [UNPUBLISHED]

      *

     Appellee.     *

_____

Submitted: April 12, 2001
Filed: April 16, 2001

_____

Before BOWMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cloyce Peters appeals from the District Court's dismissal of his 28 U.S.C. § 2254 petition for failure to exhaust state remedies. The District Court made its decision without considering whether any non-futile state remedies remained for Peters. That is contrary to the procedure established in Smittie v. Lockhart, 843 F.2d 295, 296 (8th Cir. 1988).

Accordingly, we reverse and remand with instructions that the District Court order the service of Peters's petition on the State and then proceed in accordance with <u>Smittie</u>.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.